```
 1  CAL J. POTTER, III, ESQ.
    Nevada Bar No. 1988
 2  POTTER LAW OFFICES
    1125 Shadow Lane
 3  Las Vegas, Nevada  89102
    Ph:  (702) 385-1954
 4  Fax: (702) 385-9081
    Attorney for Plaintiffs
 5
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HELEN JANE ROMERO, as special administratrix of the estate of Anthony Gilbert Beltran, deceased; HELEN JANE ROMERO, as Guardian ad Litem for ANTHONY G. BELTRAN, JR., a minor child, as heir to Anthony Gilbert Beltran; BRITNIE NICOLE BELTRAN, a minor child, as heir to Anthony Gilbert Beltran and CHRISTIAN LEO CLIFFORD BELTRAN, a minor child, as heir to Anthony Gilbert Beltran,<br><br>          Plaintiffs,<br><br>vs.<br><br>STATE OF NEVADA ex rel. THE NEVADA DEPARTMENT OF CORRECTIONS, a political subdivision of the State of Nevada; E.K. MCDANIEL, individually and in his official capacity; GLEN WHORTON, individually and in his official capacity; TRENT HOWES, individually and in his official capacity; JASON STOLK, individually and in his official capacity; THERESA LANDON, individually and in her official capacity; OFC. OTERO, individually and in his official capacity; "CASEWORKER" DRAIN, individually and in his official capacity; "COUNSELOR" R. CANDLISS, individually and in his official capacity; DOES I-X inclusive; and, ROES I-X, inclusive,<br><br>          Defendants.<br>_____/ | CASE NO.: 2:08-cv-00808-GMN-VCF<br><br>**PLAINTIFFS' MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** |

///

///

**PLAINTIFFS' MOTION TO REMOVE ATTORNEY FROM SERVICE LIST**

COMES NOW, Plaintiffs, named above, by and through their attorney of record, CAL POTTER, ESQ. of POTTER LAW OFFICES and hereby requests that the Court remove from the list of counsel to be noticed, John C. Funk, Esq. as he is no longer employed with Potter Law Offices.

DATED this 27th day of September, 2012.

POTTER LAW OFFICES

By /s/ Cal J. Potter, III, Esq.
CAL J POTTER, III, ESQ.
Nevada Bar No. 1988
1125 Shadow Lane
Las Vegas, NV  89102
*Attorney for Plaintiff*

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
DATED: 9-28-2012

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of POTTER LAW OFFICES, and that, on this 27th day of September, 2012, I sent and filed electronically through the CM/ECF filing, a true copy of the **PLAINTIFFS' MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** via electronic service addressed to:

Kelly M. Smith, Deputy Attorney General
OFFICE OF THE ATTORNEY GENERAL
555 E. Washington Avenue, #3900
Las Vegas, Nevada 89101
Ph:  (702) 486-3420
Fax: (702) 486-3773

/s/ Jenna Enrico
An Employee of POTTER LAW OFFICES

2