1  CAL J. POTTER, III, ESQ.
   Nevada Bar No. 1988
2  POTTER LAW OFFICES
   1125 Shadow Lane
3  Las Vegas, Nevada 89102
   Ph:  (702) 385-1954
4  Fax: (702) 385-9081
   *Attorney for Plaintiffs*
5

6                 **UNITED STATES DISTRICT COURT**

7                        **DISTRICT OF NEVADA**

8

   HELEN JANE ROMERO, as special              CASE NO.: 2:08-cv-00808-GMN-VCF
9  administratrix of the estate of Anthony
   Gilbert Beltran, deceased; HELEN JANE
10 ROMERO, as Guardian ad Litem for
   ANTHONY G. BELTRAN, JR., a minor
11 child, as heir to Anthony Gilbert Beltran;   **PLAINTIFFS' MOTION TO REMOVE**
   BRITNIE NICOLE BELTRAN, a minor              **ATTORNEY FROM SERVICE LIST**
12 child, as heir to Anthony Gilbert Beltran and
   CHRISTIAN LEO CLIFFORD BELTRAN,
13 a minor child, as heir to Anthony Gilbert
   Beltran,
14
           Plaintiffs,
15
   vs.
16
   STATE OF NEVADA ex rel.
17 THE NEVADA DEPARTMENT OF
   CORRECTIONS, a political subdivision of
18 the State of Nevada; E.K. MCDANIEL,
   individually and in his official capacity;
19 GLEN WHORTON, individually and in his
   official capacity; TRENT HOWES,
20 individually and in his official capacity;
   JASON STOLK, individually and in his
21 official capacity; THERESA LANDON,
   individually and in her official capacity;
22 OFC. OTERO, individually and in his
   official capacity; "CASEWORKER"
23 DRAIN, individually and in his official
   capacity; "COUNSELOR" R. CANDLISS,
24 individually and in his official capacity;
   DOES I-X inclusive; and, ROES I-X,
25 inclusive,

26         Defendants.
   _____/
27 ///

28 ///

**PLAINTIFFS' MOTION TO REMOVE ATTORNEY FROM SERVICE LIST**

COMES NOW, Plaintiffs, named above, by and through their attorney of record, CAL POTTER, ESQ. of POTTER LAW OFFICES and hereby requests that the Court remove from the list of counsel to be noticed, John C. Funk, Esq. as he is no longer employed with Potter Law Offices.

DATED this 27th day of September, 2012.

POTTER LAW OFFICES

By  /s/ Cal J. Potter, III, Esq.
CAL J POTTER, III, ESQ.
Nevada Bar No. 1988
1125 Shadow Lane
Las Vegas, NV   89102
*Attorney for Plaintiff*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 9-28-2012

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of POTTER LAW OFFICES, and that, on this 27th day of September, 2012, I sent and filed electronically through the CM/ECF filing, a true copy of the **PLAINTIFFS' MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** via electronic service addressed to:

Kelly M. Smith, Deputy Attorney General
OFFICE OF THE ATTORNEY GENERAL
555 E. Washington Avenue, #3900
Las Vegas, Nevada 89101
Ph:  (702) 486-3420
Fax: (702) 486-3773

/s/ Jenna Enrico
An Employee of POTTER LAW OFFICES

2