UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HELEN JANE ROMERO, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )  2:08-CV-808-JAD-VCF<br>) |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | )<br>)<br>) |
| Defendants. | ) |

**O R D E R**

Upon review of the docket, it appears that there is a Motion for Summary Judgment [81] that has been fully briefed since March 2012. This matter was recently reassigned to Judge Dorsey [127]. To assist the Court in its review and consideration of the summary judgment issues, the parties are hereby **ORDERED** to file Status Reports (not to exceed 5 pages), which should advise the Court of (1) any relevant developments in this case since the last status reports were filed; (2) the impact, if any, of any such developments on the issues addressed in the summary judgment briefs; and (3) any other outstanding issues that the parties believe the Court should address at this time.

**IT IS HEREBY ORDERED** that each Party shall file a Status Report (not to exceed 5 pages) on or before **August 30, 2013**, addressing the matters set forth above;

**IT IS FURTHER ORDERED** that all Parties shall appear for a Status Hearing on **September 5, 2013, at 9:30 a.m.** in LV Courtroom 6D.

Dated: August 20, 2013.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE