1  CAL J. POTTER, III, ESQ.
   Nevada Bar No. 1988
2  C. J. POTTER, IV, ESQ.
   Nevada Bar No. 13225
3  POTTER LAW OFFICES
   1125 Shadow Lane
4  Las Vegas, Nevada  89102
   Ph:  (702) 385-1954
5  Fax: (702) 385-9081
   *Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HELEN JANE ROMERO, as special administratrix of the estate of Anthony Gilbert Beltran, deceased; HELEN JANE ROMERO, as Guardian ad Litem for ANTHONY G. BELTRAN, JR., a minor child, as heir to Anthony Gilbert Beltran; BRITNIE NICOLE BELTRAN, a minor child, as heir to Anthony Gilbert Beltran and CHRISTIAN LEO CLIFFORD BELTRAN, a minor child, as heir to Anthony Gilbert Beltran,<br><br>       Plaintiffs,<br><br>vs.<br><br>STATE OF NEVADA ex rel. THE NEVADA DEPARTMENT OF CORRECTIONS, a political subdivision of the State of Nevada; E.K. MCDANIEL, individually and in his official capacity; GLEN WHORTON, individually and in his official capacity; TRENT HOWES, individually and in his official capacity; JASON STOLK, individually and in his official capacity; THERESA LANDON, individually and in her official capacity; OFC. OTERO, individually and in his official capacity; "CASEWORKER" DRAIN, individually and in his official capacity; "COUNSELOR" R. CANDLISS, individually and in his official capacity; DOES I-X inclusive; and, ROES I-X, inclusive,<br><br>       Defendants.<br>_____/ | CASE NO.: 2:08-cv-00808-JAD-VCF<br><br>**NOTICE OF APPEAL** |

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Plaintiffs, pursuant to the Orders [doc. 144 &152] filed November 27, 2013 and September 30, 2014 and Judgment [doc. 153] entered in favor of Defendants on September 30, 2014, do hereby appeal to the Ninth Circuit Court of Appeals from said Order and Judgment, copies of which are attached hereto.

DATED this 30th day of October, 2014.

                                                POTTER LAW OFFICES

                                                By  /s/ Cal J. Potter, III, Esq.
CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
1125 Shadow Lane
Las Vegas, Nevada   89102
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of POTTER LAW OFFICES, and that, on this 30th day of October, 2014, I sent and filed electronically through the CM/ECF filing, a true copy of the **NOTICE OF APPEAL** via electronic service addressed to:

Elizabeth Hickman, Deputy Attorney General
OFFICE OF THE ATTORNEY GENERAL
100 N. Carson Street
Carson City, NV 89701-4717
Ph:  (775) 684-1251

                                                  /s/ Jenna Enrico
An Employee of POTTER LAW OFFICES